## ORDER

PER CURIAM.

**AND NOW,** this 19th day of April 2013, the Petition for Allowance of Appeal is **GRANTED,** the Commonwealth Court's decision is **VACATED** and the matter is **REMANDED** for reconsideration in light of *Diehl v. UCBR (ESAB Group, Inc.),* —— Pa. ——, 57 A.3d 1209 (2012).

■

**Nelson WRIGHT, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 6 EM 2013.**

Supreme Court of Pennsylvania.

April 19, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of April, 2013, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permissible). The Prothonotary is directed to forward the filings to counsel of record.

■

**Glenn E. BIXLER, Petitioner**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW (ESAB Group, Inc.), Respondent.**

Supreme Court of Pennsylvania.

April 19, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of April 2013, the Petition for Allowance of Appeal is **GRANTED,** the Commonwealth Court's decision is **VACATED** and the matter is **REMANDED** for reconsideration in light of *Diehl v. UCBR (ESAB Group, Inc.),* —— Pa. ——, 57 A.3d 1209 (2012).

■

**DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Long Beach Mortgage Loan Trust 2005–WL1 and Judge Leon Tucker, in the Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania, Civil Trial Division, Respondents**

v.

**James COPPEDGE, Petitioner.**

**No. 9 EM 2013.**

Supreme Court of Pennsylvania.

April 19, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of April, 2013, the Petition for Review is **DENIED.** The